IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10393
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARY DEON MCGOWAN,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:89cr00203
- - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Cary Deon McGowan appeals from the district court's denial of his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2). The district court did not err by concluding that U.S.S.G. § 2D1.1, comment. (n.1), amendment 484, was not applicable and by not conducting an evidentiary hearing on the matter. See United States v. Allison, 63 F.3d 350, 353 (5th Cir.), cert. denied, 116 S. Ct. 405 (1995).

AFFIRMED.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.